# Exhibit B: Affidavit of Service

Electronically Issued
11/15/2023 3:02 PM

Electronically Filed
11/27/2023 11:36 AM
Steven D. Grierson
CLERK OF THE COURT

SUMM

# Eighth Judicial District Court

## LAS VEGAS, NEVADA

| | |
|---|---|
| S. C., individually, | CASE NO. |
| | DEPT. NO. |
| **Plaintiff(s),** | |
| -vs- | |
| N.W.H. Ltd., a Nevada corporation; SSJV HOSPITALITY LLC, a Nevada limited liability company; HILTON FRANCHISE HOLDING LLC, a Delaware limited liability company; HILTON WORLDWIDE HOLDINGS, INC., a Delaware corporation; STATIONS CASINOS LLC, a Nevada limited liability company; RED ROCK RESORTS, INC., a Delaware corporation; GREGORY STEPHENS, an individual; SAN MANUEL BAND OF MISSION INDIANS; ROE CORPORATIONS I-X; and JOHN DOES I-V | **SUMMONS - CIVIL** |
| **Defendant(s),** | |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

### HILTON FRANCHISE HOLDING LLC

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:

    (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
    (b) Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint

| | |
|---|---|
| Submitted by: | Steven D. Grierson |
| | **CLERK OF COURT** |
| /s/ Michael Kane | By: _____ |
| MICHAEL C. KANE, ESQ. (10096) | **DEPUTY CLERK**       Date |
| 8335 W. Flamingo Road | Eighth Judicial District Court        11/15/2023 |
| Las Vegas, Nevada 89147 | 200 Lewis Ave |
| Telephone: (702) 776-3333 | Las Vegas, NV 89155 |
| *Attorneys for Plaintiff* | Michelle McCarty |

# Affidavit of Process Server

EIGHTH JUDICIAL DISTRICT COURT, LAS VEGAS, NEVADA

| S.C., INDIVIDUALLY | VS | N.W.H. LTD., ET AL. | A-23--881461-C |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

GILBERT DEL VALLE being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 11/17/2023

**Service:** I served HILTON FRANCHISE HOLDING LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS - CIVIL; COMPLAINT HUMAN TRAFFICKING UNDER NRS § 41.1399, 18 U.S.C. § 1595, AND 18 U.S.C. § 2255

by leaving with LYNANNE GARES (MANAGING AGENT) At
NAME    RELATIONSHIP

☒ Business   C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808
ADDRESS    CITY / STATE

On 11/17/2023 AT 12:15 PM
DATE    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE
from _____
CITY   STATE   ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Canceled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1)_____  (2)_____
DATE   TIME   DATE   TIME
(3)_____  (4)_____  (5)_____
DATE   TIME   DATE   TIME   DATE   TIME

Age 55   Sex FEMALE   Race WHITE   Height 5'5   Weight 150   HAIR BROWN

*/s/ Gilbert Del Valle*

GILBERT DEL VALLE

SUBSCRIBED AND SWORN to before me this 17TH day of NOVEMBER, 2023.

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of DELAWARE

25889

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

Case 2:23-cv-02037-APG-DJA   Document 1-2   Filed 12/08/23   Page 4 of 13

Electronically Issued
11/13/2023 3:02 PM

Electronically Filed
11/27/2023 11:36 AM
Steven D. Grierson
CLERK OF THE COURT

SUMM

# Eighth Judicial District Court

## LAS VEGAS, NEVADA

| | |
|---|---|
| S. C., individually,<br><br>**Plaintiff(s),**<br><br>-vs-<br><br>N.W.H. Ltd., a Nevada corporation; SSJV HOSPITALITY LLC, a Nevada limited liability company; HILTON FRANCHISE HOLDING LLC, a Delaware limited liability company; HILTON WORLDWIDE HOLDINGS, INC., a Delaware corporation; STATIONS CASINOS LLC, a Nevada limited liability company; RED ROCK RESORTS, INC., a Delaware corporation; GREGORY STEPHENS, an individual; SAN MANUEL BAND OF MISSION INDIANS; ROE CORPORATIONS I-X; and JOHN DOES I-V<br><br>**Defendant(s),** | CASE NO.<br>DEPT. NO.<br><br><br>**SUMMONS - CIVIL** |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

## HILTON WORLDWIDE HOLDINGS, INC.

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:

    (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
    (b) Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint

Submitted by:

/*s/ Michael Kane*
MICHAEL C. KANE, ESQ. (10096)
8335 W. Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
*Attorneys for Plaintiff*

Steven D. Grierson
**CLERK OF COURT**

By:_____
**DEPUTY CLERK**                         Date
Eighth Judicial District Court
200 Lewis Ave
Las Vegas, NV 89155

# Affidavit of Process Server

EIGHTH JUDICIAL DISTRICT COURT, LAS VEGAS, NEVADA

| S.C., INDIVIDUALLY | VS | N.W.H. LTD., ET AL. | A-23-881461-C |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

GILBERT DEL VALLE being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 11/17/2023

**Service:** I served HILTON WORLDWIDE HOLDINGS, INC.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS - CIVIL; COMPLAINT HUMAN TRAFFICKING UNDER NRS § 41.1399, 18 U.S.C. § 1595, AND 18 U.S.C. § 2255

by leaving with LYNANNE GARES (MANAGING AGENT)     At
NAME     RELATIONSHIP

☒ Business  C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808
ADDRESS     CITY / STATE

On 11/17/2023  AT  12:15 PM
DATE     TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE
from_____
CITY     STATE     ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Canceled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
DATE  TIME     DATE  TIME
(3)_____ (4)_____ (5)_____
DATE  TIME     DATE  TIME     DATE  TIME

Age 55  Sex FEMALE  Race WHITE  Height 5'5  Weight 150  HAIR BROWN

GILBERT DEL VALLE
SUBSCRIBED AND SWORN to before me this 17TH day of NOVEMBER, 2023.

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of DELAWARE

25888

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

Electronically Issued
11/15/2023 3:02 PM

Electronically Filed
11/27/2023 11:36 AM
Steven D. Grierson
CLERK OF THE COURT

SUMM

# Eighth Judicial District Court

## LAS VEGAS, NEVADA

| | |
|---|---|
| S. C., individually,<br><br>**Plaintiff(s),**<br><br>-vs-<br><br>N.W.H. Ltd., a Nevada corporation; SSJV HOSPITALITY LLC, a Nevada limited liability company; HILTON FRANCHISE HOLDING LLC, a Delaware limited liability company; HILTON WORLDWIDE HOLDINGS, INC., a Delaware corporation; STATIONS CASINOS LLC, a Nevada limited liability company; RED ROCK RESORTS, INC., a Delaware corporation; GREGORY STEPHENS, an individual; SAN MANUEL BAND OF MISSION INDIANS; ROE CORPORATIONS I-X; and JOHN DOES I-V<br><br>**Defendant(s),** | CASE NO.<br>DEPT. NO.<br><br><br><br>**SUMMONS - CIVIL** |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

**N.W.H. Ltd., a Nevada corporation**

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:

    (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
    (b) Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint

Submitted by:

/s/ *Michael Kane*
MICHAEL C. KANE, ESQ. (10096)
8335 W. Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
*Attorneys for Plaintiff*

Steven D. Grierson
**CLERK OF COURT**

By: _____
**DEPUTY CLERK**           Date
Eighth Judicial District Court
200 Lewis Ave                11/15/2023
Las Vegas, NV 89155

Michelle McCarty

# AFFIDAVIT OF SERVICE

Job # 25882

**Client Info:**

The 702 Firm
8335 West Flamingo Road
Las Vegas, NV  89147

**Case Info:**

**PLAINTIFF:**

S. C., individually,
-versus-

District Court
Court Division: Dept. No.: 27
County of Clark, Nevada

Issuance Date: 11/16/2023  Court Case # **A-23-881461-C**

**DEFENDANT:**

N.W.H. Ltd., a Nevada corporation; SSJV HOSPITALITY LLC, a Nevada limited liability company; HILTON FRANCHISE HOLDING LLC, a Delaware limited liability company; HILTON WORLDWIDE HOLDINGS, INC., a Delaware corporation; STATIONS CASINOS LLC, a Nevada limited liability company; RED ROCK RESORTS, INC., a Delaware corporation; GREGORY STEPHENS, an individual; SAN MANUEL BAND OF MISSION INDIANS; ROE CORPORATIONS I-X; and JOHN DOES I-V

**Service Info:**

**Date Received: 11/16/2023** at **11:38 AM**
**Service:** I Served **N.W.H. Ltd., a Nevada corporation**
With: **SUMMONS - CIVIL; COMPLAINT HUMAN TRAFFICKING under NRS § 41.13965, NRS § 41.1399, 18 U.S.C. § 1595, and 18 U.S.C. § 2255**
by leaving with **Theresa P, PARALEGAL**

**At Business MANAGING MEMBERS: JAMES A. MCKELLAR JR. OR KAREN L. MENZEL - 3340 S. TOPAZ, #240 LAS VEGAS, NV 89121**
Latitude: **36.128705**,   Longitude: **-115.113698**

On **11/21/2023** at **09:10 AM**
**Manner of Service: BUSINESS**
**SERVICE:** was performed by delivering a true copy of this **SUMMONS - CIVIL; COMPLAINT HUMAN TRAFFICKING under NRS § 41.13965, NRS § 41.1399, 18 U.S.C. § 1595, and 18 U.S.C. § 2255** to: **Theresa P**, **PARALEGAL** at the address of: **Managing Members: James A. McKellar Jr. or Karen L. Menzel - 3340 S. Topaz, #240 Las Vegas, NV 89121** with an agent lawfully designated by statue to accept service of process, pursuant to NRS 14.020, a person of suitable age and discretion at the address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State or entities usual place of business.

**Served Description:  (Approx)**

Age: **40**, Sex: **Female**, Race: **Black-African American**, Height: **5' 9"**, Weight: **250**, Hair: **Black** Glasses:  **No**

I **Jacqueline T. Kohler** , acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above , action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server:_____
**Jacqueline T. Kohler**
Lic # **R-097043**
**LV Process and Investigations, LLC**
License #2039
7181 N. Hualapai Way Suite 130-9
Las Vegas, NV 89166
Phone: (702) 592-3283

Our Job # **25882**

SUBSCRIBED AND SWORN to before me this __21__ day of __November__ , __2023__ , by __Jacqueline Kohler__ ,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



NOTARY PUBLIC for the state of Nevada

 

1 of 1

Electronically Issued
11/15/2023 3:02 PM

Electronically Filed
11/27/2023 11:36 AM
Steven D. Grierson
CLERK OF THE COURT

SUMM

# Eighth Judicial District Court

## LAS VEGAS, NEVADA

S. C., individually,

                **Plaintiff(s),**

-vs-

N.W.H. Ltd., a Nevada corporation; SSJV HOSPITALITY LLC, a Nevada limited liability company; HILTON FRANCHISE HOLDING LLC, a Delaware limited liability company; HILTON WORLDWIDE HOLDINGS, INC., a Delaware corporation; STATIONS CASINOS LLC, a Nevada limited liability company; RED ROCK RESORTS, INC., a Delaware corporation; GREGORY STEPHENS, an individual; SAN MANUEL BAND OF MISSION INDIANS; ROE CORPORATIONS I-X; and JOHN DOES I-V

                **Defendant(s),**

CASE NO.
DEPT. NO.

**SUMMONS - CIVIL**

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

## RED ROCK RESORTS, INC.

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:

    (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
    (b) Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint

Submitted by:

/s/ *Michael Kane*
MICHAEL C. KANE, ESQ. (10096)
8335 W. Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
*Attorneys for Plaintiff*

Steven D. Grierson
**CLERK OF COURT**

By:_____
**DEPUTY CLERK**                Date
Eighth Judicial District Court
200 Lewis Ave                   11/15/2023
Las Vegas, NV 89155

Michelle McCathy

# AFFIDAVIT OF SERVICE

Job # 25883

## Client Info:

The 702 Firm
8335 West Flamingo Road
Las Vegas, NV  89147

## Case Info:

**PLAINTIFF:**
S. C., individually,
-versus-
**DEFENDANT:**
N.W.H. Ltd., a Nevada corporation; SSJV HOSPITALITY LLC, a Nevada limited liability company; HILTON FRANCHISE HOLDING LLC, a Delaware limited liability company; HILTON WORLDWIDE HOLDINGS, INC., a Delaware corporation; STATIONS CASINOS LLC, a Nevada limited liability company; RED ROCK RESORTS, INC., a Delaware corporation; GREGORY STEPHENS, an individual; SAN MANUEL BAND OF MISSION INDIANS; ROE CORPORATIONS I-X; and
JOHN DOES I-V

District Court
Court Division: Dept. No.: 27
County of Clark, Nevada

Issuance Date: 11/16/2023  Court Case # **A-23-881461-C**

## Service Info:

**Date Received: 11/16/2023** at **11:51 AM**
**Service:** I Served **RED ROCK RESORTS, INC.**
With: **SUMMONS - CIVIL; COMPLAINT HUMAN TRAFFICKING under NRS § 41.13965, NRS § 41.1399, 18 U.S.C. § 1595, and 18 U.S.C. § 2255**
by leaving with **Daryl Ellis, Corporate security**

**At Business RA: STATION CASINOS LLC - 1505 S PAVILION CENTER DR LAS VEGAS, NV 89135**
Latitude: **36.154602**,   Longitude: **-115.331358**

On **11/21/2023** at **03:14 PM**
**Manner of Service: BUSINESS**
**SERVICE:** was performed by delivering a true copy of this **SUMMONS - CIVIL; COMPLAINT HUMAN TRAFFICKING under NRS § 41.13965, NRS § 41.1399, 18 U.S.C. § 1595, and 18 U.S.C. § 2255** to: **Daryl Ellis** , **Corporate security** at the address of: **RA: STATION CASINOS LLC - 1505 S PAVILION CENTER DR Las Vegas, NV 89135** with an agent lawfully designated by statue to accept service of process, pursuant to NRS 14.020, a person of suitable age and discretion at the address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State or entities usual place of business.

**Served Description:  (Approx)**

Age: **50**, Sex: **Male**, Race: **White-Caucasian**, Height: **6' 0"**, Weight: **220**, Hair: **Brown** Glasses:  **No**

I **Andraya V. Rojas** , acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above , action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server:_____
**Andraya V. Rojas**
Lic # **R-2020-02969**
**LV Process and Investigations, LLC**
License #2039
7181 N. Hualapai Way Suite 130-9
Las Vegas, NV 89166
Phone: (702) 592-3283

Our Job # **25883**

SUBSCRIBED AND SWORN to before me this __21__ day of __November__ , __2023__ , by __ANDRAYA V. ROJAS__ , Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

CHRISTINA WELTY
Notary Public, State of Nevada
Appointment No. 20-1845-01
My Appt. Expires Sep 25, 2024

NOTARY PUBLIC for the state of Nevada

1 of 1

Case 2:23-cv-02037-APG-DJA   Document 1-2   Filed 12/08/23   Page 10 of 13

Electronically Issued
11/13/2023 3:05 PM

Electronically Filed
12/4/2023 8:29 AM
Steven D. Grierson
CLERK OF THE COURT

SUMM

# Eighth Judicial District Court

## LAS VEGAS, NEVADA

| | |
|---|---|
| S. C., individually,<br><br>**Plaintiff(s),**<br><br>-vs-<br><br>N.W.H. Ltd., a Nevada corporation; SSJV HOSPITALITY LLC, a Nevada limited liability company; HILTON FRANCHISE HOLDING LLC, a Delaware limited liability company; HILTON WORLDWIDE HOLDINGS, INC., a Delaware corporation; STATIONS CASINOS LLC, a Nevada limited liability company; RED ROCK RESORTS, INC., a Delaware corporation; GREGORY STEPHENS, an individual; SAN MANUEL BAND OF MISSION INDIANS; ROE CORPORATIONS I-X; and JOHN DOES I-V<br><br>**Defendant(s),** | CASE NO.<br>DEPT. NO.<br><br><br>**SUMMONS - CIVIL** |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

**SSJV HOSPITALITY LLC, a Nevada limited liability company;**

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:

    (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
    (b) Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint

Submitted by:

/s/ *Michael Kane*
MICHAEL C. KANE, ESQ. (10096)
8335 W. Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
*Attorneys for Plaintiff*

Steven D. Grierson
**CLERK OF COURT**

By: _____
**DEPUTY CLERK**   Date  11/15/2023
Eighth Judicial District Court
200 Lewis Ave
Las Vegas, NV 89155

Michelle McCathy

# AFFIDAVIT OF SERVICE

Job # 25887

**Client Info:**

The 702 Firm
8335 West Flamingo Road
Las Vegas, NV 89147

**Case Info:**

**PLAINTIFF:**
S. C., individually,
-versus-
**DEFENDANT:**
N.W.H. Ltd., a Nevada corporation; SSJV HOSPITALITY LLC, a Nevada limited liability company; HILTON FRANCHISE HOLDING LLC, a Delaware limited liability company; HILTON WORLDWIDE HOLDINGS, INC., a Delaware corporation; STATIONS CASINOS LLC, a Nevada limited liability company; RED ROCK RESORTS, INC., a Delaware corporation; GREGORY STEPHENS, an individual; SAN MANUEL BAND OF MISSION INDIANS; ROE CORPORATIONS I-X; and JOHN DOES I-V

District Court
Court Division: Dept. No.: 27
County of Clark, Nevada

Issuance Date: 11/16/2023 Court Case # **A-23-881461-C**

**Service Info:**

**Date Received: 11/16/2023** at **12:03 PM**
**Service:** I Served **SSJV HOSPITALITY LLC, a Nevada limited liability company**
With: **SUMMONS - CIVIL; COMPLAINT HUMAN TRAFFICKING under NRS § 41.13965, NRS § 41.1399, 18 U.S.C. § 1595, and 18 U.S.C. § 2255**
by leaving with **Jayant, REGISTERED AGENT**

**At Business 7100 CASCADE VALLEY CT LAS VEGAS, NV 89128**
Latitude: **36.212015**,   Longitude: **-115.247765**

On **11/29/2023** at **02:15 PM**
**Manner of Service: BUSINESS**
**SERVICE:** was performed by delivering a true copy of this **SUMMONS - CIVIL; COMPLAINT HUMAN TRAFFICKING under NRS § 41.13965, NRS § 41.1399, 18 U.S.C. § 1595, and 18 U.S.C. § 2255** to: **Jayant** , **REGISTERED AGENT** at the address of: **7100 CASCADE VALLEY CT LAS VEGAS, NV 89128** with an agent lawfully designated by statue to accept service of process, pursuant to NRS 14.020, a person of suitable age and discretion at the address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State or entities usual place of business.

**Served Description:  (Approx)**

Age: **50**, Sex: **Male**, Race: **Indian**, Height: **6' 4"**, Weight: **250**, Hair: **Black** Glasses: **No**

I **Jacqueline T. Kohler** , acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above , action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: _____
**Jacqueline T. Kohler**
Lic # **R-097043**
**LV Process and Investigations, LLC**
License #2039
7181 N. Hualapai Way Suite 130-9
Las Vegas, NV 89166
Phone: (702) 592-3283

Our Job # **25887**

SUBSCRIBED AND SWORN to before me this  29  day of   November  , 2023 , by   Jacqueline Kohler   ,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



NOTARY PUBLIC for the state of Nevada

 

1 of 1

Electronically Issued
11/13/2023 3:05 PM

Electronically Filed
11/27/2023 11:36 AM
Steven D. Grierson
CLERK OF THE COURT

SUMM

# Eighth Judicial District Court

## LAS VEGAS, NEVADA

| | |
|---|---|
| S. C., individually,<br><br>**Plaintiff(s),**<br><br>-vs-<br><br>N.W.H. Ltd., a Nevada corporation; SSJV HOSPITALITY LLC, a Nevada limited liability company; HILTON FRANCHISE HOLDING LLC, a Delaware limited liability company; HILTON WORLDWIDE HOLDINGS, INC., a Delaware corporation; STATIONS CASINOS LLC, a Nevada limited liability company; RED ROCK RESORTS, INC., a Delaware corporation; GREGORY STEPHENS, an individual; SAN MANUEL BAND OF MISSION INDIANS; ROE CORPORATIONS I-X; and JOHN DOES I-V<br><br>**Defendant(s),** | CASE NO.<br>DEPT. NO.<br><br><br>**SUMMONS - CIVIL** |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

## STATIONS CASINOS LLC

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:

    (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
    (b) Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint

Submitted by:

/s/ Michael Kane
MICHAEL C. KANE, ESQ. (10096)
8335 W. Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
*Attorneys for Plaintiff*

Steven D. Grierson
**CLERK OF COURT**

By: _____
**DEPUTY CLERK**   Date  11/15/2023
Eighth Judicial District Court
200 Lewis Ave
Las Vegas, NV 89155

Michelle McCany

# AFFIDAVIT OF SERVICE

Job # 25884

**Client Info:**

The 702 Firm
8335 West Flamingo Road
Las Vegas, NV  89147

**Case Info:**

**PLAINTIFF:**
S. C., individually,
-versus-
**DEFENDANT:**
N.W.H. Ltd., a Nevada corporation; SSJV HOSPITALITY LLC, a Nevada limited liability company; HILTON FRANCHISE HOLDING LLC, a Delaware limited liability company; HILTON WORLDWIDE HOLDINGS, INC., a Delaware corporation; STATIONS CASINOS LLC, a Nevada limited liability company; RED ROCK RESORTS, INC., a Delaware corporation; GREGORY STEPHENS, an individual; SAN MANUEL BAND OF MISSION INDIANS; ROE CORPORATIONS I-X; and
JOHN DOES I-V

District Court
Court Division: Dept. No.: 27
County of Clark, Nevada

Issuance Date: 11/16/2023   Court Case # **A-23-881461-C**

**Service Info:**

**Date Received: 11/16/2023** at **11:54 AM**
**Service:** I Served **STATIONS CASINOS LLC**
With: **SUMMONS - CIVIL; COMPLAINT HUMAN TRAFFICKING under NRS § 41.13965, NRS § 41.1399, 18 U.S.C. § 1595, and 18 U.S.C. § 2255**
by leaving with **Daryl Ellis, Corporate security**

**At Business 1505 S. PAVILION CENTER DR. LAS VEGAS, NV 89135**
Latitude: **36.154602**,   Longitude: **-115.331323**

On **11/21/2023** at **03:15 PM**
**Manner of Service: BUSINESS**
**SERVICE:** was performed by delivering a true copy of this **SUMMONS - CIVIL; COMPLAINT HUMAN TRAFFICKING under NRS § 41.13965, NRS § 41.1399, 18 U.S.C. § 1595, and 18 U.S.C. § 2255** to: **Daryl Ellis** , **Corporate security** at the address of: **1505 S. Pavilion Center Dr. Las Vegas, NV 89135** with an agent lawfully designated by statue to accept service of process, pursuant to NRS 14.020, a person of suitable age and discretion at the address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State or entities usual place of business.

**Served Description:  (Approx)**

Age: **50**, Sex: **Male**, Race: **White-Caucasian**, Height: **6' 0"**, Weight: **220**, Hair: **Brown** Glasses:  **No**

I **Andraya V. Rojas** , acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above , action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server:_____

**Andraya V. Rojas**
Lic # **R-2020-02969**
**LV Process and Investigations, LLC**
License #2039
7181 N. Hualapai Way Suite 130-9
Las Vegas, NV 89166
Phone: (702) 592-3283

Our Job # **25884**

SUBSCRIBED AND SWORN to before me this __21__ day of __November__ , __2023__ , by __ANDRAYA V. ROJAS__ , Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

NOTARY PUBLIC for the state of Nevada

CHRISTINA WELTY
Notary Public, State of Nevada
Appointment No. 20-1845-01
My Appt. Expires Sep 25, 2024




1 of 1