# Exhibit C: Docket Sheet for State Court Action

Skip to Main Content Logout My Account Search Menu New District Civil/Criminal Search Refine Search  Back    Location : District Court Civil/Criminal   Help

# REGISTER OF ACTIONS
## CASE NO. A-23-881461-B

| | | |
|---|---|---|
| S. C., Plaintiff(s) vs. N.W.H. Ltd., Defendant(s) | § § § § § § | Case Type: **Enhanced Case Management**<br>Date Filed: **11/13/2023**<br>Location: **Department 13**<br>Cross-Reference Case Number: **A881461** |

## PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Defendant** | Hilton Franchise Holding LLC | |
| **Defendant** | Hilton Worldwide Holdings, Inc. | |
| **Defendant** | N.W.H. Ltd. | |
| **Defendant** | Red Rock Resorts, Inc. | |
| **Defendant** | San Manuel Band Of Mission Indians | |
| **Defendant** | SSJV Hospitality LLC | |
| **Defendant** | Stations Casinos LLC | |
| **Defendant** | Stephens, Gregory | |
| **Plaintiff** | C., S. | Michael C Kane<br>*Retained*<br>702-776-3333(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 11/13/2023 | **Complaint (Business Court)**     Doc ID# 1<br>*[1] Complaint Human Trafficking under NRS 41.13965, NRS 41.1399, 18 U.S.C. 1595, and 18 U.S.C. 2255* |
| 11/13/2023 | **Summons Electronically Issued - Service Pending     Doc ID# 2**<br>*[2] Summons - Civil - Gregory Stephens* |
| 11/13/2023 | **Summons Electronically Issued - Service Pending     Doc ID# 3**<br>*[3] Summons - Civil - Hilton Franchise Holding LLC* |
| 11/13/2023 | **Summons Electronically Issued - Service Pending     Doc ID# 4**<br>*[4] Summons - Civil - Hilton Worldwide* |
| 11/13/2023 | **Summons Electronically Issued - Service Pending     Doc ID# 5**<br>*[5] Summons - Civil - N.W.H. Ltd* |
| 11/13/2023 | **Summons Electronically Issued - Service Pending     Doc ID# 6**<br>*[6] Summons - Civil - Red Rock Resorts Inc.* |
| 11/13/2023 | **Summons Electronically Issued - Service Pending     Doc ID# 7**<br>*[7] Summons - Civil - San Manuel Band of Mission Indians* |
| 11/13/2023 | **Summons Electronically Issued - Service Pending     Doc ID# 8**<br>*[8] Summons - Civil - SSJV Hospitality LLC* |
| 11/13/2023 | **Summons Electronically Issued - Service Pending     Doc ID# 9**<br>*[9] Summons - Civil - Station Casinos LLC* |
| 11/27/2023 | **Summons     Doc ID# 10**<br>*[10] Summons & AOS - Hilton Franchise Holding* |
| 11/27/2023 | **Summons     Doc ID# 11**<br>*[11] Summons & AOS - Hilton Worldwide* |
| 11/27/2023 | **Summons     Doc ID# 12**<br>*[12] Summons & AOS - Station Casinos* |
| 11/27/2023 | **Summons     Doc ID# 13**<br>*[13] Summons & AOS - Red Rock Resorts* |
| 11/27/2023 | **Summons     Doc ID# 14**<br>*[14] Summons & AOS - N.W.H. Ltd* |
| 11/28/2023 | **Notice of Department Reassignment     Doc ID# 15**<br>*[15] Notice of Department Reassignment & Case Designation* |
| 12/04/2023 | **Summons     Doc ID# 16**<br>*[16] Summons & AOS - SSJV LLC* |

| | FINANCIAL INFORMATION | | | |
|---|---|---|---|---|

| | **Plaintiff** C., S. | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | 1,530.00 |
| | Total Payments and Credits | | | 1,530.00 |
| | **Balance Due as of 12/08/2023** | | | **0.00** |
| 11/13/2023 | Transaction Assessment | | | 1,530.00 |
| 11/13/2023 | Efile Payment | Receipt # 2023-94040-CCCLK | C., S. | (1,530.00) |