# Exhibit D: Orders Signed by the State Judge and Notices

**Electronically Filed**
11/28/2023 8:29 AM
Steven D. Grierson
**CLERK OF THE COURT**

# DISTRICT COURT
## CLARK COUNTY, NEVADA
* * * *

S. C., PLAINTIFF(S)

VS.

N.W.H. LTD., DEFENDANT(S)

Case No.: A-23-881461-B

DEPARTMENT 13

**NOTICE OF DEPARTMENT REASSIGNMENT & CASE DESIGNATION**

NOTICE IS HEREBY GIVEN that the above-entitled action has been randomly reassigned to Judge Mark R. Denton.

☒ This reassignment is due to: Business Court Assignment

ANY TRIAL DATE AND ASSOCIATED TRIAL HEARINGS STAND BUT MAY BE RESET BY THE NEW DEPARTMENT. PLEASE INCLUDE THE NEW DEPARTMENT NUMBER ON ALL FUTURE FILINGS.

STEVEN D. GRIERSON, CEO/Clerk of the Court

By: /s/ Salevao Asifoa
Salevao Asifoa, Deputy Clerk of the Court

**CERTIFICATE OF SERVICE**

I hereby certify that this 28th day of November, 2023

☒ The foregoing Notice of Department Reassignment & Case Designation was electronically served to all registered parties for case number A-23-881461-B.

/s/ Salevao Asifoa
Salevao Asifoa, Deputy Clerk of the Court