# Exhibit E: Case Index

## Case Information

A-23-881461-B | S. C., Plaintiff(s) vs. N.W.H. Ltd., Defendant(s)

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judicial Officer** |
| A-23-881461-B | Department 13 | Denton, Mark R. |
| **File Date** | **Case Type** | **Case Status** |
| 11/13/2023 | Enhanced Case Management | Open |

## Party

**Plaintiff**
C., S.

**Active Attorneys** ▼
Lead Attorney
Kane, Michael C
Retained

**Defendant**
N.W.H. Ltd.

**Defendant**
SSJV Hospitality LLC

**Defendant**
Hilton Franchise Holding LLC

**Defendant**
Hilton Worldwide Holdings, Inc.

Defendant
Stations Casinos LLC

Defendant
Red Rock Resorts, Inc.

Defendant
Stephens, Gregory

Defendant
San Manuel Band Of Mission Indians

## Events and Hearings

11/13/2023 Complaint (Business Court) ▼

Complaint (Business Court) - COMPB (CIV)

Comment
[1] Complaint Human Trafficking under NRS 41.13965, NRS 41.1399, 18 U.S.C. 1595, and 18 U.S.C. 2255

11/13/2023 Summons Electronically Issued - Service Pending ▼

Comment
[2] Summons - Civil - Gregory Stephens

11/13/2023 Summons Electronically Issued - Service Pending ▼

Comment
[3] Summons - Civil - Hilton Franchise Holding LLC

11/13/2023 Summons Electronically Issued - Service Pending ▼

   Comment
   [4] Summons - Civil - Hilton Worldwide

11/13/2023 Summons Electronically Issued - Service Pending ▼

   Comment
   [5] Summons - Civil - N.W.H. Ltd

11/13/2023 Summons Electronically Issued - Service Pending ▼

   Comment
   [6] Summons - Civil - Red Rock Resorts Inc.

11/13/2023 Summons Electronically Issued - Service Pending ▼

   Comment
   [7] Summons - Civil - San Manuel Band of Mission Indians

11/13/2023 Summons Electronically Issued - Service Pending ▼

   Comment
   [8] Summons - Civil - SSJV Hospitality LLC

11/13/2023 Summons Electronically Issued - Service Pending ▼

   Comment
   [9] Summons - Civil - Station Casinos LLC

11/27/2023 Summons ▼

Summons - SUMM (CIV)

   Comment
   [10] Summons & AOS - Hilton Franchise Holding

11/27/2023 Summons ▼

Summons - SUMM (CIV)

   Comment
   [11] Summons & AOS - Hilton Worldwide

11/27/2023 Summons ▼

Summons - SUMM (CIV)

   Comment
   [12] Summons & AOS - Station Casinos

11/27/2023 Summons ▼

Summons - SUMM (CIV)

Comment
[13] Summons & AOS - Red Rock Resorts

11/27/2023 Summons ▼

Summons - SUMM (CIV)

Comment
[14] Summons & AOS - N.W.H. Ltd

11/28/2023 Notice of Department Reassignment ▼

Notice of Department Reassignment - NODR (CIV)

Comment
[15] Notice of Department Reassignment & Case Designation

12/04/2023 Summons ▼

Summons - SUMM (CIV)

Comment
[16] Summons & AOS - SSJV LLC

## Financial

C., S.
|  | | |
|---|---|---|
| Total Financial Assessment | | $1,530.00 |
| Total Payments and Credits | | $1,530.00 |

| 11/13/2023 | Transaction Assessment | | | $1,530.00 |
|---|---|---|---|---|
| 11/13/2023 | Efile Payment | Receipt # 2023-94040-CCCLK | C., S. | ($1,530.00) |

## Documents

Complaint (Business Court) - COMPB (CIV)

Summons - SUMM (CIV)

Summons - SUMM (CIV)

Summons - SUMM (CIV)

Summons - SUMM (CIV)

Summons - SUMM (CIV)

Notice of Department Reassignment - NODR (CIV)

Summons - SUMM (CIV)