# Exhibit F: Counsel of Record

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **JANE DOE (S.C.), a pseudonym,** | Case No. _____ |
| **Plaintiff,** | |
| v. | *All Counsel of Record* |
| **N.W.H. LTD., ET AL.,** | |
| **Defendant.** | |

Michael C. Kane, Esq.
Nevada Bar No. 10096
THE702FIRM Injury Attorneys
8335 West Flamingo Road
Las Vegas, NV 89147
Telephone:   +1.702.776.3333
Facsimile:   +1.702.505.9787
E-Mail:   service@the702firm.com

Bradley J. Myers, Esq.
Nevada Bar No. 8857
THE702FIRM Injury Attorneys
8335 West Flamingo Road
Las Vegas, NV 89147
Telephone:   +1.702.776.3333
Facsimile:   +1.702.505.9787
E-Mail:   service@the702firm.com

Joel S. Hengstler, Esq.
Nevada Bar No. 11597
THE702FIRM Injury Attorneys
8335 West Flamingo Road
Las Vegas, NV 89147
Telephone:   +1.702.776.3333
Facsimile:   +1.702.505.9787
E-Mail:   service@the702firm.com

*Attorneys for Plaintiff*

Jennifer L. Braster
Nevada Bar No. 9982
Naylor & Braster
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone:  +1.702.420.7997
Email:  jbraster@nblawnv.com

Nicole M. Perry, *Pro Hac Vice Forthcoming, Will Comply With LR IA 11-2 Within 14 Days.*
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone:  +1.832.239.3939
Email:  nmperry@jonesday.com

Bethany K. Biesenthal, *Pro Hac Vice Forthcoming, Will Comply With LR IA 11-2 Within 14 Days.*
Allison L. McQueen, *Pro Hac Vice Forthcoming, Will Comply With LR IA 11-2 Within 14 Days.*
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone:  +1.312.782.3939
Email:  bbiesenthal@jonesday.com
          amcqueen@jonesday.com

*Attorneys for Defendant Hilton Franchise Holding LLC*