# Exhibit G: Notice of Notice of Removal Filed in State Court Action

1  Jennifer L. Braster
2  Nevada Bar No. 9982
   Naylor & Braster
3  10100 W. Charleston Blvd., Suite 120
   Las Vegas, NV 89135
4  Telephone: +1.702.420.7000
   Email: jbraster@nblawnv.com
5
   *Attorney for Defendant Hilton Franchise*
6  *Holding LLC*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| **JANE DOE (S.C.), a pseudonym,** | |
| **Plaintiff,** | |
| v. | **Case No. A-23-881461-B** |
| **N.W.H. LTD., ET AL.,** | |
| **Defendant.** | |

<u>**DEFENDANT'S NOTICE OF NOTICE OF REMOVAL**</u>

Please take notice that on December 8, 2023, Defendant Hilton Franchise Holding LLC in the above-captioned action filed a Notice of Removal, thereby removing this action to the United States District Court for the District of Nevada.

A copy of the Notice of Removal is attached as Exhibit 1 and is fully incorporated herein by reference. Accordingly, and under 28 U.S.C. § 1446(d), this Court may proceed no further unless and until the case is remanded.

| | | |
|---|---|---|
| 1 | Dated: December 8, 2023 | Respectfully submitted, |

By: _____
       Jennifer L. Braster

Jennifer L. Braster
Nevada Bar No. 9982
Naylor & Braster
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone:  +1.702.420.7000
Email:  jbraster@nblawnv.com

*Attorney for Defendant Hilton Franchise Holding LLC*