**SAO**
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
**THE702FIRM**
8335 West Flamingo Road
Las Vegas, NV 89147
Tel.: (702) 776-3333
Fax: (702) 505-9787
Email:        mckteam@the702firm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| JANE DOE (S.C.), a pseudonym,<br><br>Plaintiff<br><br>vs.<br><br>HILTON FRANCHISE HOLDING LLC, et al.,<br><br>Defendants. | CASE NO.  2:23-cv-02037-APG-DJA<br><br>STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT HILTON FRANCHISE HOLDING LLC'S MOTION TO DISMISS THE COMPLAINT UNDER RULE 12(B)(6) |

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiff, JANE DOE (S.C.), a pseudonym, by and through her undersigned counsel, THE702FIRM, and Defendant, HILTON FRANCHISE HOLDING LLC, by and through their undersigned counsel of record, NAYLOR & BRASTER and JONES DAY, that the briefing schedule, regarding Hilton Franchise Holding LLC's Motion to Dismiss will be modified.  The parties, through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on December 15, 2023, Defendant Hilton Franchise Holding LLC filed their Motion to Dismiss the Complaint under Rule 12(B)(6) ("Motion");

WHEREAS Plaintiff's opposition to Defendant's Motion is currently due on December 29, 2023, and as a result of the upcoming holidays Plaintiff requested additional time to prepare her opposition to Defendant's Motion and Defendant granted that request;

NOW, therefore, the parties hereby STIPULATE that Plaintiff's Opposition to Defendant's Motion to Dismiss will be due January 15, 2024, and Defendant's Reply will be due January 29, 2024.

**IT IS SO STIPULATED**.

DATED this 19th day of December, 2023.    DATED this 19th day of December, 2023.

| **THE702FIRM** | **NAYLOR & BRASTER** |
|---|---|
| /s/ Michael Kane | /s/ Allison McQueen |
| MICHAEL C. KANE, ESQ.<br>Nevada Bar No. 10096<br>BRADLEY J. MYERS, ESQ.<br>Nevada Bar No. 8857<br>8335 West Flamingo Road<br>Las Vegas, NV 89147<br>Tel.: (702) 776-3333<br>Fax: (702) 505-9787<br>mckteam@the702firm.com<br>*Attorneys for Plaintiff* | JENNIFER L. BRASTER, ESQ.<br>Nevada Bar No. 9982<br>10100 W. Charleston Blvd., Suite 120<br>Las Vegas, NV 89135<br>Tel.: (702) 420-7000<br>jbraster@nblawnv.com<br><br>ALLISON L. MCQUEEN, ESQ.<br>(*pro hac vice forthcoming*)<br>**JONES DAY**<br>110 North Wacker Drive, Suite 4800<br>Chicago, IL 60606<br>Tel.: (312) 782-3939<br>amcqueen@jonesday.com<br><br>*Attorneys for Defendant Hilton Franchise Holding LLC* |

## ORDER

IT IS SO ORDERED this 20th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE