# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| S.C., | Case No.: 2:23-cv-02037-APG-DJA |
| Plaintiff | **Order Denying Motion to Dismiss as Moot** |
| v. | [ECF No. 12] |
| HILTON FRANCHISE HOLDING LLC, et al., | |
| Defendants | |

In light of the amended complaint (ECF No. 36),

I ORDER that defendant Hilton Franchise Holding LLC's motion to dismiss (ECF No. 12) is DENIED as moot because it is directed at the original complaint.

DATED this 1st day of March, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE