MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:     (702) 776-3333
Facsimile:     (702) 505-9787
***E-Mail:       service@the702firm.com***

GEOFFREY C. PARKER, ESQ.
(*Pro Hac Vice*)
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone:     (614) 992-2277
Facsimile:     (614) 927-5980
***E-Mail:       gparker@hiltonparker.com***

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| SARAH C., pseudonymously, | Case No. : 2:23-cv-2037 |
| Plaintiff, | Judge Andrew P. Gordon |
| vs. | |
| N.W.H. Ltd.;<br>SSJV HOSPITALITY LLC;<br>HILTON FRANCHISE HOLDING LLC;<br>FP HOLDINGS, L.P.;<br>ERIC WASHINGTON;<br>GREGORY STEPHENS;<br>ALEXANDRA MARQUEZ SALCEDO;<br>BRANDON MCCULLOUGH;<br>ROE CORPORATIONS I-X; and<br>JOHN DOES I-V, | **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RELATING TO DEFENDANT F.P. HOLDINGS, L.P.'s MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| Defendants. | **(FIRST REQUEST)** |

Plaintiff Sarah C. ("Plaintiff") and Defendant F.P. Holdings, L.P. ("Defendant"), by and through their respective counsel of record, hereby agree, stipulate, and respectfully request that the Court extend the deadline for Plaintiff to respond to the Defendant's pending motions to dismiss by seven (7) days to April 5, 2024.  This is the first request to extend this deadline.

Additionally, Plaintiff and the Defendant hereby agree, stipulate, and respectfully request that the Court extend the deadline for Defendant to reply in support of its pending motion to dismiss by fourteen (14) days, resulting in a due date of <u>April 19, 2024</u> for such reply.

**<u>Summary of Stipulated (Proposed) Briefing Schedule</u>:**

| | |
|---|---|
| Motion to Dismiss Previously Filed | March 15, 2024 |
| Plaintiff's Response Due | April 5, 2024 |
| Defendant F.P. Holdings, L.P.'s Reply Due | April 19, 2024 |

The undersigned represent that this stipulation is not designed for purposes of delay.

Dated: March 28, 2024

<u>/s/ Geoffrey Parker</u>

Geoffrey Parker, Esq. (*Pro Hac Vice*)
HILTON PARKER LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
Tel: (614) 992-2277
Fax: (614) 927-5980
gparker@hiltonparker.com
*Attorney for Plaintiff*

<u>/s/ Justin W. Smerber, Esq.</u>

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, NV 89119
(702) 380-0007
l.brandon@bsnv.law
j.smerber@bsnv.law
*Attorneys for Defendant*
*F.P. Holdings, L.P.*

PER STIPULATION OF THE PARTIES, the briefing schedule is hereby set as follows:  Plaintiff's Response to Defendant F.P. Holdings, L.P.'s Motion to Dismiss will be due on April 5, 2024; and Defendant F.P. Holdings, L.P.'s Reply will be due on April 19, 2024.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: March 29, 2024