MARCUS J. LEE, ESQ. (Nevada Bar No. 15769)
E: MLee@ohaganmeyer.com
LAURA E. RIOS, ESQ. (Nevada Bar No. 15990)
E: LRios@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for SSJV Hospitality LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| S.C, individually,<br><br>  *Plaintiff*,<br><br>vs.<br><br>N.W.H. Ltd.; SSJV HOSPITALITY LLC; HILTON FRANCHISE HOLDING LLC; FP HOLDINGS, L.P.; ERIC WASHINGTON; GREGORY STEPHENS; ALEXANDRA MARQUEZ SALCEDO; BRANDON MCCULLOUGH; ROE CORPORATIONS I-X; and JOHN DOES I-V.<br><br>  *Defendants*. | Case No. 2:23-cv-02037-APG-DJA<br><br>**DEFENDANT SSJV HOSPITALITY LLC'S JOINDER TO DEFENDANT HILTON FRANCHISE HOLDING LLC'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT UNDER RULE 12(B)(6)** |

PLEASE TAKE NOTICE THAT pursuant to FRCP 7 and 12, Defendant SSJV Hospitality, LLC ("SSJV" or "Defendant") by and through its attorneys, Marcus Lee and Laura Rios of O'Hagan Meyer PLLC, and on its own behalf and not on behalf of any other named Defendants, hereby submits this Joinder to Defendant Hilton Franchise Holding LLC's Reply in Support of its Motion to Dismiss the Complaint under Rule 12(b)(6) (the "Reply Joinder").

This Reply Joinder is made and based upon the points and authorities contained in Defendant Hilton Franchise Holding LLC's ("Defendant Hilton's") Motion to Dismiss the Complaint under Rule 12(b)(6) filed herein on March 14, 2024, (ECF No. 40) (the "Motion to

1

Dismiss"), Defendant Hilton's Reply in Support of its Motion to Dismiss the Complaint under Rule 12(b)(6) filed herein on April 4, 2024, (ECF No. 47) (the "Reply") the papers and pleadings on file, and such other and further oral and documentary evidence as may properly come before the Court at the time of hearing on this matter.

Specifically, SSJV joins on the Introduction, and Part I(A)(2)-(3) and Part II of the Argument Section of Defendant Hilton's Reply. *See* ECF No. 47 at 1:2-2:6; 6:10-9:4; 10:20-12:10.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

I.  **Plaintiff's Claims Fail as a Matter of Law**

   A.   **The TVPRA Claim (Count I)**

In Part II of the Reply, Defendant Hilton clearly establishes that Plaintiff's TVPRA claim as to SSJV fails as a matter of law because she does not plausibly establish either *perpetrator* or *participant* theory or both. *Id*. at 10:20-12:4. SSJV joins these arguments and incorporates them as if set forth herein.

   B.   **The Masha's Law Claim (Count II)**

In Part II of the Reply, Defendant Hilton disposes of Plaintiff's Masha's Law claim as to SSJV as well. *Id*. at 12:5-7. This argument incorporates Part I(A)(2) of the Reply as well. *Id*. at 6:10-22. SSJV joins these arguments and incorporates them as if set forth herein.

   C.   **The State-Law Claims (Counts III through VI)**

In Part II of the Reply, Defendant Hilton also disposes of Plaintiff's remaining state-law tort claims (counts III through VI) by demonstrating that they are either insufficiently plead or meritless. *Id*. at 12:7-10. These arguments incorporate Part I(A)(3) of the Reply as well. *Id*. at 6:23-9:4. SSJV joins these arguments and incorporates them as if set forth herein.

/ / /

/ / /

/ / /

/ / /

## CONCLUSION

For the foregoing reasons, SSJV respectfully requests that the Court dismiss the Complaint against SSJV with prejudice.

Dated this 4th day of April, 2024.

O'HAGAN MEYER PLLC


By       /s/ Laura Rios
         MARCUS J. LEE
         Nevada Bar No. 15769
         LAURA E. RIOS
         Nevada Bar No. 15990
         300 S. 4th Street, Sute 1250
         Las Vegas, NV 89101
         T: 725.286.2801

         *Attorneys for SSJV Hospitality, LLC*

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of O'HAGAN MEYER PLLC, and that on this 4th day of April, 2024, I electronically filed and served the foregoing **DEFENDANT SSJV HOSPITALITY LLC'S JOINDER TO DEFENDANT HILTON FRANCHISE HOLDING LLC'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT UNDER RULE 12(B)(6)** with the Clerk of the Court through Case Management/Electronic Filing System and Electronic Mail as follows:

| | |
|---|---|
| **Bradley J. Myers**<br>THE702FIRM<br>400 South Seventh Street<br>4th Floor<br>Las Vegas, NV 89101<br>702-776-3333<br>Fax: 7025059787<br>Email: brad@the702firm.com<br><br>**Michael C. Kane**<br>THE702FIRM<br>400 S. 7th Street Suite 400<br>Las Vegas, NV 89101<br>702-776-3333<br>Fax: 702-505-9787<br>Email: mike@the702firm.com<br><br>**Joel S Hengstler**<br>The 702 Firm<br>400 South Seventh Street #400<br>Las Vegas, NV 89101<br>702-776-3333<br>Fax: 702-505-9787<br>Email: joel@the702firm.com<br><br>*Attorneys for Plaintiff* | **Allison L. McQueen**<br>Jones Day<br>110 North Wacker Drive<br>Suite 4800<br>Chicago, IL 60606<br>312-269-1541<br>Email: amcqueen@jonesday.com<br><br>**Bethany K. Biesenthal**<br>Jones Day<br>110 North Wacker Drive<br>Suite 4800<br>Chicago, IL 60606<br>312-269-4303<br>Email: bbiesenthal@jonesday.com<br><br>**Jennifer L Braster**<br>Naylor & Braster<br>Suite 120<br>10100 W. Charleston Blvd.<br>Las Vegas, NV 89135<br>702-420-7000<br>Fax: 702-420-7001<br>Email: jbraster@naylorandbrasterlaw.com<br><br>**Nicole M. Perry**<br>Jones Day - Houston<br>717 Texas Ave<br>Suite 3300<br>Houston, TX 77002<br>832-239-3791<br>Email: nmperry@jonesday.com<br><br>*Attorneys for Hilton Franchise Holding LLC* |
| **Justin W. Smerber**<br>Brandon Smerber Law Firm<br>139 East Warm Springs Road<br>Las Vegas, NV 89119 | |

702-380-0007
Fax: 702-380-2964
Email: j.smerber@bsnv.law

*Attorney for Station Casinos LLC*

By  */s/ Krystle Platero*
An employee of O'HAGAN MEYER PLLC

5