**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
*l.brandon@bsnv.law*
*j. smerber@bsnv.law*
*Attorneys for Defendants,*
*F.P. HOLDINGS, L.P.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SARAH C., pseudonymously,<br><br>    Plaintiff,<br><br>vs.<br><br>N.W.H. Ltd.; SSJV HOSPITALITY LLC; HILTON FRANCHISE HOLDING LLC; FP HOLDINGS, L.P.; ERIC WASHINGTON; GREGORY STEPHENS; ALEXANDRA MARQUEZ SALCEDO; BRANDON MCCULLOUGH; ROE CORPORATIONS I-X; and JOHN DOES I-V,<br><br>    Defendants | Case No. 2:23-cv-02037-APG-DJA<br><br>**F.P. HOLDINGS, LP'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)**<br><br>**Oral Argument Requested** |

COMES NOW, Defendant, F.P. HOLDINGS, LP ("FPH"), by and through its undersigned attorneys of record, LEW BRANDON, JR., ESQ. and JUSTIN W. SMERBER, ESQ. of BRANDON | SMERBER LAW FIRM, submits this Reply in support of its motion for dismissal of Plaintiff's First Amended Complaint.

This Reply is made and based upon the points and authorities attached hereto, along with all papers and pleadings on file herein, and oral argument at the time of hearing.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    Introduction**

Plaintiff's response to FPH's Motion to Dismiss was a request that the Court dismiss all of Plaintiff's Claims against FPH, with the exception of Plaintiff's claim for Intentional Infliction of Emotional Distress (IIED). Plaintiff requests that her IIED claim be remanded to State Court. To the extent that this Court dismisses all of Plaintiff's other claims against FPH with prejudice, FPH does not oppose the Court remanding the single remaining claim for IIED back to State Court where Plaintiff can proceed with that claim only. FPH reserves all rights to dispute Plaintiff's IIED claim at the State Court Level, and does dispute allegations regarding same.

**II.    Conclusion**

Based upon the foregoing, Defendant, FPH respectfully requests that all claims contained in Plaintiff's First Amended Complaint against FPH be dismissed with prejudice pursuant to FRCP 12(b)(6), with the exception of Plaintiff's Intentional Infliction of Emotional Distress claim, which can be remanded to State Court.

Dated this 12th day of April, 2024.

**BRANDON | SMERBER LAW FIRM**

/s/ Justin W. Smerber, Esq.
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
l.brandon@bsnv.law
j.smerber@bsnv.law
*Attorneys for Defendant,*
*F.P. HOLDINGS, L.P.*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that on this 12th day of April, 2024, I electronically filed and served the foregoing **FP HOLDINGS, LP'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)** with the Clerk of the Court through Case Management/Electronic Filing System and Electronic Mail as follows:

| | |
|---|---|
| **BRADLEY J. MYERS, ESQ.**<br>**MICHAEL C. KANE, ESQ.**<br>**JOEL S HENGSTLER, ESQ.**<br>**THE702FIRM**<br>400 South Seventh Street, 4th Floor<br>Las Vegas, NV 89101<br>702-776-3333<br>Fax: 7025059787<br>brad@the702firm.com<br>mike@the702firm.com<br>joel@the702firm.com<br>Attorneys for Plaintiff,<br>S.C. | **JENNIFER L BRASTER, ESQ.**<br>**NAYLOR & BRASTER**<br>10100 W. Charleston Blvd. Suite 120<br>Las Vegas, NV 89135<br>702-420-7000<br>Fax: 702-420-7001<br>jbraster@naylorandbrasterlaw.com<br><br>**ALLISON L. MCQUEEN, ESQ.**<br>**BETHANY K. BIESENTHAL, ESQ.**<br>**NICOLE M. PERRY, ESQ.**<br>**JONES DAY**<br>110 North Wacker Drive, Suite 4800<br>Chicago, IL 60606<br>312-782-3939<br>Attorneys for Defendant,<br>HILTON FRANCHISE HOLDING LLC |
| **LAURA ELIZABETH RIOS, ESQ.**<br>**O'HAGAN MEYER PLLC**<br>300 S. 4th Street, Suite 1250<br>Las Vegas, NV 89101<br>725-286-2801<br>lrios@ohaganmeyer.com<br>Attorneys for Defendant,<br>SSJV HOSPITALITY LLC | |

*/s/ Kristine Villeno*
An Employee of BRANDON | SMERBER LAW FIRM