MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:    (702) 776-3333
Facsimile:    (702) 505-9787
*E-Mail:*    service@the702firm.com

Geoffrey Parker (*Pro Hac Vice*)
**HILTON PARKER LLC**
7658 Slate Ridge Blvd.
Reynoldsburg, OH  43068
Telephone:    (614) 992-2277
*E-Mail:*    gparker@hiltonparker.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SARAH C., pseudonymously, | Case No.: 2:23-cv-2037-APG-DJA |
| Plaintiff, | Judge Andrew P. Gordon |
| vs. | |
| HILTON FRANCHISE HOLDING LLC, et al., | |
| Defendants. | |

### DECLARATION OF GEOFFREY PARKER

I, Geoffrey Parker, swear:

1. I am a partner at Hilton Parker LLC, co-counsel for the Plaintiff in the above-captioned matter.

2. I am over the age of 18 and have personal knowledge of the facts asserted in this declaration unless otherwise indicated.  If called upon to testify to these facts, I would competently do so.

3. At my instruction, on November 16, 2023, a paralegal for Plaintiff's counsel directed LV Process and Investigations to locate and serve all Defendants named in Plaintiff's original complaint that maintain registered agents in the State of Nevada.  Defendants NWH, Ltd., Gregory Stephens, Brandon McCullough, Eric Washington, and Alexandra Marquez Salcedo were all included in this request.

4. LV Process and Investigations succeeded in serving Defendants NWH, Ltd. and Gregory Stephens, but it is my understanding that they were unable to serve Defendants McCullough, Washington, and Salcedo.

5. Upon receiving the Court's Notice Regarding Intention to Dismiss on June 26, 2024, Plaintiff's counsel promptly followed up with LV Process and Investigations to ensure they continued their attempts to serve McCullough, Washington, and Salcedo.

6. Attached hereto as Exhibit 2 is a true and correct copy of the Answer filed by Defendant NWH, Ltd. on the State court docket after this case was removed to this Court.

7. Attached hereto as Exhibit 3 is a true and correct copy of LV Process & Investigations' affidavit of due diligence related to its recent efforts to serve Defendant Salcedo.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 26th day of July, 2024.

/s/ GEOFFREY C. PARKER