# AFFIDAVIT OF DUE DILIGENCE

Job # 29685

**Client Info:**

The 702 Firm
8335 West Flamingo Road
Las Vegas, NV  89147

**Case Info:**

PLAINTIFF:
SARAH C.
   -versus-
DEFENDANT:
N.W.H. Ltd.; SSJV HOSPITALITY LLC; HILTON FRANCHISE HOLDING LLC; FP HOLDINGS, L.P.; ERIC WASHINGTON; GREGORY STEPHENS; ALEXANDRA SALCEDO;BRANDON MCCULLOUG

United States District Court
County of Clark, Nevada

Issuance Date: 6/26/2024 Court Case #
**2:23-cv-02037-APG-DJA**

**Service Info:**

**Date Received: 3/1/2024 at 06:10 PM**
Service: I Non-Served **ALEXANDRA MARQUEZ SALCEDO**
**SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT**

At Residence **2929 CENTENNIAL PKWY #5136 NORTH LAS VEGAS, NV 89081**
On **7/3/2024 at 03:15 PM**
   **Manner of Service:**
[X] **Non-service:** After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect the process upon the person/entity being served because of the following reason(s):

[X] Moved, Left no Fowarding
[X] Other:  Unable to locate current address for service of court documents.

**Service Comments:**

1. On March 01, 2024, Affiant received a request for service of Summons In a Civil Action and First Amended Complaint on Alexandra Marquez Salcedo at 2929 Centennial Pkwy #5136 North Las Vegas, NV 89081.
2. On June 26, 2024 at 2:37 p.m., Affiant attempted service at 2929 Centennial Pkwy #5136 North Las Vegas, NV 89081, spoke to Carla Johnson, current resident, multi racial female in her mid 30s with curly brown hair, 5ft. She said she moved in 2020 and doesn't know anyone by that name, however she does remember receiving mail for this person but returned it to sender. Spoke to Alma at the leasing office, and confirmed Alexandra Marquez Salcedo moved out in August 2020.
3. On June 26, 2024, a Database Tracers search for a current address for Alexandra Marquez Salcedo found DOB 06/27/00, Social Security number xxx-xx-4576, current address 11209 Haas Ave. Los Angeles, CA 90047. Other names observed Alexandria D Marquez Salcedo, Alexandria Marquez Salcedo, Alexandria D Marquez, Alexandria Marquez, Alexandria D Salcedo.
4. On June 26, 2024, Affiant sent said documents to Legal Lawgic for service on Alexandra Marquez Salcedo aka Alexandria D Marquez Salcedo aka Alexandria Marquez Salcedo aka Alexandria D Marquez aka Alexandria Marquez aka Alexandria D Salcedo at 11209 Haas Ave. Los Angeles, CA 90047.
5. On June 27, 2024, Affiant received a Non-Service Report from Legal Lawgic as Alexandra Marquez Salcedo aka Alexandria D Marquez Salcedo aka Alexandria Marquez Salcedo aka Alexandria D Marquez aka Alexandria Marquez aka Alexandria D Salcedo no longer resides at 11209 Haas Ave. Los Angeles, CA 90047. See Exhibit 1.
6. On June 28, 2024, the Nevada Department of Motor Vehicles were contacted and per their representative Laura, Alexandra Marquez Salcedo aka Alexandria D Marquez Salcedo aka Alexandria Marquez Salcedo aka Alexandria D Marquez aka Alexandria Marquez aka Alexandria D Salcedo has a valid Class C Nevada Driver's License #1406588193 with address 2929 Centennial Pkwy #5136 North Las Vegas, NV 89081, last transaction 01/09/20, expiring 06/27/28. She has no registered vehicles in the state of Nevada.
7. On June 28, 2024, Clark County Tax Assessors website was searched for Alexandra Marquez Salcedo aka Alexandria D Marquez Salcedo aka Alexandria Marquez Salcedo aka Alexandria D Marquez aka Alexandria Marquez aka Alexandria D Salcedo, no records found.
8. On June 28, 2024, Nevada Voters Registration website was searched for Alexandra Marquez Salcedo aka Alexandria D Marquez Salcedo aka Alexandria Marquez Salcedo aka Alexandria D Marquez aka Alexandria Marquez aka Alexandria D Salcedo, no records found.
9. On June 28, 2024, Nevada Secretary of State, Clark County Business License, Las Vegas Business License, North Las Vegas Business License and Clark County Fictitious Names were searched for Alexandra Marquez Salcedo aka Alexandria D Marquez Salcedo aka Alexandria Marquez Salcedo aka Alexandria D Marquez aka Alexandria Marquez aka Alexandria D Salcedo, no records found.
10. On June 28 , 2024, Clark County Detention Center, Nevada Department of Corrections, City of Las Vegas Department of Corrections, Henderson Department of Corrections, North Las Vegas Detention and Corrections Facility and The Federal Department of Prisons were searched for Alexandra Marquez Salcedo aka Alexandria D Marquez Salcedo aka Alexandria Marquez Salcedo aka Alexandria D Marquez aka Alexandria Marquez aka Alexandria D Salcedo, no records found.
11. On June 28, 2024, Clark County Justice, Municipal and District Courts, City of North Las Vegas Courts and Henderson Courts were




Job # 29685

searched for Alexandra Marquez Salcedo aka Alexandria D Marquez Salcedo aka Alexandria Marquez Salcedo aka Alexandria D Marquez aka Alexandria Marquez aka Alexandria D Salcedo, two records found. See Exhibit 2.
12. On June 28, 2024, Clark County Marriage Records and Clark County Recorder's Office searched for Alexandra Marquez Salcedo aka Alexandria D Marquez Salcedo aka Alexandria Marquez Salcedo aka Alexandria D Marquez aka Alexandria Marquez aka Alexandria D Salcedo, no records found.
13. On July 1, 2024, an online search for Alexandra Marquez Salcedo aka Alexandria D Marquez Salcedo aka Alexandria Marquez Salcedo aka Alexandria D Marquez aka Alexandria Marquez aka Alexandria D Salcedo found a Review Journal article. See Exhibit 3.
14. On July 2, 2024, a search of social media for Alexandra Marquez Salcedo aka Alexandria D Marquez Salcedo aka Alexandria Marquez Salcedo aka Alexandria D Marquez aka Alexandria Marquez aka Alexandria D Salcedo found no records.
15. Affiant was able to confirm that in fact Alexandra Marquez Salcedo aka Alexandria D Marquez Salcedo aka Alexandria Marquez Salcedo aka Alexandria D Marquez aka Alexandria Marquez aka Alexandria D Salcedo no longer resides at the 2929 Centennial Pkwy #5136 North Las Vegas, NV 89081 or 11209 Haas Ave. Los Angeles, CA 90047 addresses.
16. After attempts and efforts of due diligence, Affiant was unable to locate and effectuate service of said documents to Alexandra Marquez Salcedo aka Alexandria D Marquez Salcedo aka Alexandria Marquez Salcedo aka Alexandria D Marquez aka Alexandria Marquez aka Alexandria D Salcedo.

I **Ivonne Perez** , acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above , action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: 
**Ivonne Perez**
Lic # **R-2023-08530**
**LV Process and Investigations, LLC**
License #2039
7181 N. Hualapai Way Suite 130-9
Las Vegas, NV 89166
Phone: (702) 592-3283

Our Job # **29685**

SUBSCRIBED AND SWORN to before me this __3__ day of __July__ , __2024__ , by __Ivonne Perez__ ,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

GENICE O ROJAS
Notary Public, State of Nevada
Appointment No. 14-13968-1
My Appt. Expires Jul 1, 2026

NOTARY PUBLIC for the state of Nevada

 

# EXHIBIT 1

| Attorney or Party without Attorney: **MICHAEL C. KANE, ESQ.** **THE702FIRM** 8335 W. Flamingo Rd., Las Vegas, NV 89147 TELEPHONE No.: | E-MAIL ADDRESS (Optional): service@the702firm.com FAX No. (Optional): | FOR COURT USE ONLY |
|---|---|---|
| Attorney for: Plaintiff SARAH C. | Ref No. or File No.: 29685 | |

Insert name of Court, and Judicial District and Branch Court:
DISTRICT COURT CLARK COUNTY, NEVADA - CLARK COUNTY

Plaintiff: SARAH C.
Defendant: N.W.H. Ltd.; ET AL

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:23-cv-02037-APG-DJA |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **ALEXANDRA MARQUEZ SALCEDO**

Documents: SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT

| Date | Time | Results |
|---|---|---|
| 6/27/2024 | 4:27 PM | Bad address per African American family, "Raye" last name. No such person by subject's name resides here. They have been living here for two years. There was an Amazon package with "Mivail Raye" (new tenants name) outside on doorstep. Neighbors were not helpful. - Miguel Angel Molina |
| | Location: | 11209 Haas Ave, Los Angeles, CA 900474750 |

Fee for Service:
County: **Los Angeles**
Registration No.: **5414**
  **LV Process and Investigations, LLC**
  7181 N Hualapai Way Ste 130-9
  Las Vegas, NV 891661115
  **(702) 592-3283**
  Ref: 29685

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 28, 2024.

Signature: _____
**Miguel Angel Molina**

**NON SERVICE REPORT**   Order#: LL68740

# EXHIBIT 2

# Criminal Case Records Search Results

Skip to Main Content Logout My Account Search Menu New Criminal Search Refine Search     Location : Justice Court   Help

**Record Count:** 2
**Search By:** Defendant   **Party Search Mode:** Name   **Last Name:** marquez salcedo   **First Name:** alexandra   **Date of Birth:** 06/27/2000   **All** All   **Sort By:** Filed Date

| Case Number | Citation Number | Defendant Info | Filed/Location | Type/Status | Charge(s) |
|---|---|---|---|---|---|
| PC20M04634X | | MARQUEZ SALCEDO, ALEXANDRA D | 03/07/2020 | Misdemeanor<br>Denied | Solicit/engage in prostit [56702] |
| 20-CR-004024 | | Marquez Salcedo, Alexandria | 07/10/2020<br>JC Department 11 | Felony CR<br>Bound Over to District Court | Sex trafficking of child under 18 [58004]<br>Live from earning of prostitute [61666]<br>Child abuse or neglect, (1st) [55226] |

# EXHIBIT 3



Alexandra Marquez Salcedo (Las Vegas Metropolitan Police Department)

By **Glenn Puit** Las Vegas Review-Journal

 

May 27, 2020 - 9:18 am

Don't miss the big stories. Like us on Facebook.    Like 323K

Updated May 27, 2020 - 9:43 am

 **Listen to this article now**

-01:38      

Presented by **NAQVI INJURY LAW**

A North Las Vegas woman has been arrested on suspicion of trafficking a youth for the purposes of prostitution, police said.

https://www.reviewjournal.com/crime/sex-crimes/north-las-vegas-woman-19-accused-of-sex-trafficking-of-minor-2036675/

living from the earnings of a prostitute.

A Las Vegas police officer assigned to a federal task force to fight child sex trafficking conducted the investigation that resulted in Marquez Salcedo's arrest, a Las Vegas police arrest report states.

A woman called police March 21 and said she believed a youth for whom she is a legal guardian was involved in prostitution, the officer said. Police interviewed the youth and she confirmed she was involved in prostitution and alleged that Marquez Salcedo had taught her "how to make a lot of money by working as a prostitute."

The youth told authorities that Marquez Salcedo would post prostitution advertisements online for her and that the youth would then engage in sex acts and give the money to Marquez Salcedo. Police said text messages between the two supported the accusation.

Las Vegas Justice Court records show a criminal complaint in the case has not been filed. A status check on the filing of a complaint is scheduled for July.

Court records also show a discrepancy in how authorities spelled Marquez Salcedo's first name. In a police report it is spelled Alexandria, but she was booked at the jail under Alexandra.

Contact Glenn Puit by email at gpuit@reviewjournal.com. Follow @GlennatRJ on Twitter.

**MORE STORIES**