Nicole M. Perry, *Pro Hac Vice*
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

Bethany K. Biesenthal, *Pro Hac Vice*
Allison L. McQueen, *Pro Hac Vice*
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: bbiesenthal@jonesday.com
          amcqueen@jonesday.com

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@nblawnv.com

Attorneys for Defendant
*Hilton Franchise Holding LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE (S.C.), a pseudonym,<br><br>Plaintiff,<br><br>v.<br><br>HILTON FRANCHISE HOLDING LLC, *et al.*,<br><br>Defendants. | **Case No. 2:23-cv-02037-APG-DJA**<br><br>**DEFENDANT HILTON FRANCHISE HOLDING LLC'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to Local Rule 7-2(g), Defendant Hilton Franchise Holding LLC ("Hilton") moves for leave to file a Notice of Supplemental Authority, attached as Exhibit A, highlighting the Southern District of New York's recent decision in *Doe (G.N.C.) v. Uniquest Delaware, LLC*, No. 1:23-cv-07980 (S.D.N.Y. Sept. 11, 2024). Good cause exists to grant leave. First, *G.N.C.* provides additional support for Hilton's Motion to Dismiss ("MTD") (ECF No. 40) and Reply in Support of Hilton's Motion to Dismiss ("MTD Reply") (ECF No. 47) for the reasons more fully explained in Hilton's Notice. Ex. A at 1–2. In brief, the *G.N.C.* court granted the same Hilton defendant's motion to dismiss a complaint that advanced the same TVPRA theories and involved similar boilerplate allegations. *Id.*; *see, e.g.*, *Davis v. Meta Platforms, Inc.*, 2024 WL 3293644, at *1 (D. Nev. July 3, 2024) (Gordon, J.) (granting motion for leave to file "two opinions from similar cases" because "the plaintiffs in those cases [had] brought similar [] claims against [the same defendant]"). Second, the *G.N.C.* court did not issue its order until September 11, 2024—*after* Hilton filed its MTD Reply. *Id.* at 1; MTD Reply at 1 (ECF No. 47). Accordingly, this Court should grant leave for Hilton to file a Notice of Supplemental Authority. *See, e.g.*, *Davis*, 2024 WL 3293644, at *1.

Dated: September 13, 2024                                  Respectfully Submitted,

*/s/ Nicole M. Perry*
Nicole M. Perry, *Pro Hac Vice*
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

Bethany K. Biesenthal, *Pro Hac Vice*
Allison L. McQueen, *Pro Hac Vice*
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: bbiesenthal@jonesday.com
           amcqueen@jonesday.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@nblawnv.com

Attorneys for Defendant
*Hilton Franchise Holding LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2024, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

                                           /s/ *Nicole M. Perry*
                                           Nicole M. Perry

                                           Attorney for Defendant
                                           *Hilton Franchise Holding LLC*