Nicole M. Perry, *Pro Hac Vice*
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

Bethany K. Biesenthal, *Pro Hac Vice*
Allison L. McQueen, *Pro Hac Vice*
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: bbiesenthal@jonesday.com
       amcqueen@jonesday.com

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@nblawnv.com

Attorneys for Defendant
*Hilton Franchise Holding LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE (S.C.), a pseudonym,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HILTON FRANCHISE HOLDING LLC, *et al.*,<br><br>　　　　　Defendants. | **Case No. 2:23-cv-02037-APG-DJA**<br><br><br>**DEFENDANT HILTON FRANCHISE HOLDING LLC'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** |

1    Pursuant to Local Rule 7-2(g), Defendant Hilton Franchise Holding LLC ("Hilton") moves for leave to file a Notice of Supplemental Authority, attached as Exhibit A, highlighting the Middle District of Florida's decision granting defendants' motions to dismiss in *J.R. v. Extended Stay America, Inc., et al.*, No. 3:23-cv-63-HES-SJH (M.D. Fla. Sept. 25, 2024). Good cause exists to grant leave. First, *J.R.* provides additional support for Hilton's Motion to Dismiss ("MTD") (ECF No. 40) and Reply in Support of Hilton's Motion to Dismiss ("MTD Reply") (ECF No. 47) for the reasons more fully explained in Hilton's Notice. Ex. A at 1. In brief, the *J.R.* court granted defendants' motions to dismiss a complaint that advanced the same TVPRA theories and involved similar boilerplate allegations. *Id.*; *see, e.g.*, *Davis v. Meta Platforms, Inc.*, 2024 WL 3293644, at *7 (D. Nev. July 3, 2024) (Gordon, J.) (granting motion for leave to file "two opinions from similar cases" because good cause existed as the supplemental authorities were "particularly persuasive or helpful," as they involved the same claims and similar parties). Second, the *J.R.* court did not issue its order until September 25, 2024—*after* Hilton filed its MTD Reply. Ex. A at 1; MTD Reply at 1 (ECF No. 47). Accordingly, this Court should grant leave for Hilton to file a Notice of Supplemental Authority. *See, e.g.*, *Davis*, 2024 WL 3293644, at *7.

Dated: October 3, 2024                                    Respectfully Submitted,

/s/ Nicole M. Perry
Nicole M. Perry, *Pro Hac Vice*
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

Bethany K. Biesenthal, *Pro Hac Vice*
Allison L. McQueen, *Pro Hac Vice*
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: bbiesenthal@jonesday.com
         amcqueen@jonesday.com

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@nblawnv.com

Attorneys for Defendant
*Hilton Franchise Holding LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2024, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

/s/ *Nicole M. Perry*
Nicole M. Perry

Attorney for Defendant
*Hilton Franchise Holding LLC*