# Exhibit A

Nicole M. Perry, *Pro Hac Vice*
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

Bethany K. Biesenthal, *Pro Hac Vice*
Allison L. McQueen, *Pro Hac Vice*
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: bbiesenthal@jonesday.com
       amcqueen@jonesday.com

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@nblawnv.com

Attorneys for Defendant
*Hilton Franchise Holding LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE (S.C.), a pseudonym,<br><br>Plaintiff,<br><br>v.<br><br>HILTON FRANCHISE HOLDING LLC, *et al.*,<br><br>Defendants. | **Case No. 2:23-cv-02037-APG-DJA**<br><br>**DEFENDANT HILTON FRANCHISE HOLDING LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

1    Hilton Franchise Holding LLC ("Hilton") hereby gives notice of the Middle District of Florida's decision granting defendants' motions to dismiss in *J.R. v. Extended Stay America, Inc., et al.*, No. 3:23-cv-00063-HES-SJH (M.D. Fla. Sept. 25, 2024). Ex. B-1. Like the plaintiff in this case, the *J.R.* plaintiff alleged that she was trafficked at various hotels and brought suit against multiple hospitality defendants under the Trafficking Victims Protection Reauthorization Act (TVPRA). The court initially dismissed the plaintiff's claims without prejudice (based on shotgun pleading principles) in *J.R. v. Extended Stay America, Inc., et al.*, No. 3:23-cv-00063-HES-SJH (M.D. Fla. Nov. 8, 2023). Ex. B-2. Thereafter, the plaintiff filed an amended complaint, and defendants filed renewed motions to dismiss. The court granted the motions and dismissed all claims with prejudice.

In assessing the plaintiff's participation-in-a-venture claims, the court relied on the framework from *Doe #1 v. Red Roof Inns*, 21 F.4th 714 (11th Cir. 2021). And under that framework these claims failed: "Plaintiff did not establish a pattern of conduct between the trafficker and the hotel operator sufficient to establish that [defendants] 'took part in a common undertaking' with the alleged traffickers, and failed to allege the hotel operator had a desire to promote the wrongful venture's success." Ex. B-1 at 8. The *J.R.* court noted that the "scores of paragraphs with conclusory allegations against all Defendants collectively and the hotel industry generally," and "articles related to crime," failed to plausibly show that the hotel "participated in a common undertaking or enterprise involving risk and potential profit about trafficking." *Id.* at 8–9. The court also noted that "the financial benefit derived from renting hotel rooms alone" is not enough to show that the hotels "took part in a common undertaking involving risk or profit violating the TVPRA." *Id.* at 9. For these reasons and others, the *J.R.* court dismissed all claims against the defendants that actually owned and operated the hotels—meaning that in this case it *certainly* would have dismissed any claims brought against Hilton, which did *not* own or operate the hotel and instead merely served as a franchisor. *See id.* at 2 (noting that the defendants were the "hotel owners and operators"); Hilton's Motion to Dismiss, ECF No. 40, at 17 (citing, *e.g.*, FAC ¶¶ 16, 69, 72, 78).

| | | |
|---|---|---|
| 1 | Dated: October 3, 2024 | Respectfully Submitted, |

                                                                    */s/ Nicole M. Perry*
Nicole M. Perry, *Pro Hac Vice*
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

Bethany K. Biesenthal, *Pro Hac Vice*
Allison L. McQueen, *Pro Hac Vice*
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: bbiesenthal@jonesday.com
         amcqueen@jonesday.com

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@nblawnv.com

Attorneys for Defendant
*Hilton Franchise Holding LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2024, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

                                    /s/ *Nicole M. Perry*
                                    Nicole M. Perry

                                    Attorney for Defendant
                                    *Hilton Franchise Holding LLC*