1  Jennifer L. Braster
   Nevada Bar No. 9982
2  Naylor & Braster
   10100 W. Charleston Blvd., Suite 120
3  Las Vegas, NV 89135
   Telephone: +1.702.420.7000
4  Email: jbraster@nblawnv.com

5  Nicole M. Perry, *Pro Hac Vice*
   JONES DAY
6  717 Texas Street, Suite 3300
   Houston, TX 77002
7  Telephone: (832) 239-3939
   Facsimile: (832) 239-3600
8  Email: nmperry@jonesday.com

9  Bethany K. Biesenthal, *Pro Hac Vice*
   Allison L. McQueen, *Pro Hac Vice*
10 JONES DAY
   110 North Wacker Drive, Suite 4800
11 Chicago, IL 60606
   Telephone: (312) 782-3939
12 Facsimile: (312) 782-8585
   Email: bbiesenthal@jonesday.com
13        amcqueen@jonesday.com

14 Attorneys for Defendant
   *Hilton Franchise Holding LLC*
15

16               **UNITED STATES DISTRICT COURT**
17                     **DISTRICT OF NEVADA**

18 | JANE DOE (S.C.), a pseudonym, | **Case No. 2:23-cv-02037-APG-DJA** |
   |---|---|
19 | Plaintiff, | **STIPULATION AND [~~PROPOSED~~]** |
20 | v. | **ORDER TO EXTEND ANSWER AND DISCOVERY PLAN DEADLINE** |
21 | HILTON FRANCHISE HOLDING LLC, *et al.*, | |
22 | | |
23 | Defendants. | |

Plaintiff Jane Doe (S.C.) ("Plaintiff") and Defendants Hilton Franchise Holding LLC, SSJV Hospitality, LLC, N.W.H. Ltd. ("Defendants") (together, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

On November 12, 2024, the Court denied Defendant Hilton Franchise Holding LLC's motion to dismiss Plaintiff's first amended complaint and Defendants SSJV Hospitality, LLC and N.W.H. Ltd.'s joinders (ECF No. 66). In that same order, the Court ordered that Plaintiff may file a second amended complaint by December 13, 2024. In the interests of judicial economy and as a result of the upcoming holidays, the Parties agree to extend Defendants' Answer deadline to January 10, 2025. The Parties also agree to file a joint discovery plan and proposed scheduling order by January 24, 2025.

IT IS SO STIPULATED.

Dated: November 18, 2024                              Respectfully submitted,

*/s/ Geoffrey Parker*
Michael C. Kane
Nevada Bar No. 10096
Bradley J. Myers.
Nevada Bar No. 8857
THE 702 FIRM
400 South Seventh Street, Suite 400
Las Vegas, NV 89101
Telephone: (702) 776-3333
Facsimile: (702) 505-9787
Email: mike@the702firm.com
       brad@the702firm.com

Geoffrey Parker, Esq., *Pro Hac Vice*
HILTON PARKER LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
Telephone: (614) 992-2277
Fax: (614) 927-5980
Email: gparker@hiltonparker.com

Attorneys for
*Plaintiff S.C.*

*/s/ Nicole M. Perry*
Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@nblawnv.com

Nicole M. Perry, *Pro Hac Vice*
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

Bethany K. Biesenthal, *Pro Hac Vice*
Allison L. McQueen, *Pro Hac Vice*
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: bbiesenthal@jonesday.com
       amcqueen@jonesday.com

Attorneys for Defendant
*Hilton Franchise Holding LLC*

*/s/ Marcus J. Lee*
Marcus J. Lee
Nevada Bar No. 15769
O'HAGAN MEYER
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
Telephone: (725) 286-2801
Email: mlee@ohaganmeyer.com

Attorney for Defendant
*SSJV Hospitality, LLC*

*/s/ Alexandra B. McLeod*
Alexandra B. McLeod
Nevada Bar No. 8185
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: (702) 727-1399
Email: alexandra.mcleod@wilsonelser.com

Attorney for Defendant
*N.W.H. Ltd.*

IT IS SO ORDERED. Defendants Hilton Franchise Holding LLC, SSJV Hospitality, LLC, and N.W.H. Ltd. will file an Answer by January 10, 2025. The Parties will file a joint discovery plan and proposed scheduling order by January 24, 2025.

UNITED STATES MAGISTRATE JUDGE
Dated: 11/19/2024

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2024, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

                                      /s/ *Nicole M. Perry*
                                      Nicole M. Perry

                                      Attorney for Defendant
                                      *Hilton Franchise Holding LLC*