1  MARCUS J. LEE, ESQ. (Nevada Bar No. 15769)
   E: MLee@ohaganmeyer.com
2  WHIT SELERT, ESQ. (Nevada Bar No. 5492)
   E: JSelert@ohaganmeyer.com
3  **O'HAGAN MEYER PLLC**
   300 S. 4th Street, Suite 1250
4  Las Vegas, NV 89101
   T: 725.286.2801
5

6  *Attorneys for SSJV Hospitality LLC*

                    UNITED STATES DISTRICT COURT

                         DISTRICT OF NEVADA

| | |
|---|---|
| SARAH C., individually, | Case No. 2:23-cv-02037-APG-DJA |
| *Plaintiff*, | |
| vs. | **DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM CAPTION AND ELECTRONIC SERVICE LIST** |
| N.W.H. Ltd.; SSJV HOSPITALITY LLC; HILTON FRANCHISE HOLDING LLC; ERIC WASHINGTON; GREGORY STEPHENS; ALEXANDRA MARQUEZ SALCEDO; BRANDON MCCULLOUGH; ROE CORPORATIONS I-X; and JOHN DOES I-V. | |
| *Defendants*. | |

Defendant SSJV HOSPITALITY, LLC, by and through its attorneys, of O'HAGAN MEYER PLLC, and hereby requests that Laura E. Rios, Esq. be removed from the caption and service list as list of counsel to be noticed in the above-entitled matter.

/ / /

/ / /

/ / /

/ / /

/ / /

Laura E. Rios, Esq. is no longer with the firm O'HAGAN MEYR PLLC. Given the remaining attorneys at O'HAGAN MEYER PLLC who have appeared on behalf of Defendant, no party will be prejudiced by this counsel's withdrawal.

Dated this 10th day of January 2025.

O'HAGAN MEYER PLLC

By  /s/ Marcus Lee
MARCUS J. LEE
Nevada Bar No. 15769
WHIT SELERT
Nevada Bar No. 5492
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for SSJV Hospitality, LLC*

**IT IS SO ORDERED.**

DATED: 1/13/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of O'HAGAN MEYER PLLC, and that on this 10th day of January, 2025, I electronically filed and served the foregoing **DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM CAPTION AND ELECTRONIC SERVICE LIST** with the Clerk of the Court through Case Management/Electronic Filing System and Electronic Mail as follows:

| | |
|---|---|
| **Bradley J. Myers**<br>THE702FIRM<br>400 South Seventh Street<br>4th Floor<br>Las Vegas, NV 89101<br>702-776-3333<br>Fax: 7025059787<br>Email: brad@the702firm.com<br><br>**Michael C. Kane**<br>THE702FIRM<br>400 S. 7th Street Suite 400<br>Las Vegas, NV 89101<br>702-776-3333<br>Fax: 702-505-9787<br>Email: mike@the702firm.com<br><br>**Joel S Hengstler**<br>The 702 Firm<br>400 South Seventh Street #400<br>Las Vegas, NV 89101<br>702-776-3333<br>Fax: 702-505-9787<br>Email: joel@the702firm.com<br><br>**Geoffrey Parker**<br>Hilton Parker LLC<br>7658 Slate Ridge Blvd.<br>Reynoldsburg, OH 43068<br>614-992-2277<br>Fax: 614-927-5980<br>Email: gparker@hiltonparker.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jonathan Lawrence Hilton**<br>Hilton Parker LLC<br>7658 Slate Ridge Blvd.<br>Reynoldsburg, OH 43068 | **Allison L. McQueen**<br>Jones Day<br>110 North Wacker Drive<br>Suite 4800<br>Chicago, IL 60606<br>312-269-1541<br>Email: amcqueen@jonesday.com<br><br>**Bethany K. Biesenthal**<br>Jones Day<br>110 North Wacker Drive<br>Suite 4800<br>Chicago, IL 60606<br>312-269-4303<br>Email: bbiesenthal@jonesday.com<br><br>**Jennifer L Braster**<br>Naylor & Braster<br>Suite 120<br>10100 W. Charleston Blvd.<br>Las Vegas, NV 89135<br>702-420-7000<br>Fax: 702-420-7001<br>Email: jbraster@naylorandbrasterlaw.com<br><br>**Nicole M. Perry**<br>Jones Day - Houston<br>717 Texas Ave<br>Suite 3300<br>Houston, TX 77002<br>832-239-3791<br>Email: nmperry@jonesday.com<br><br>***Attorneys for Hilton Franchise Holding LLC*** |

| | |
|---|---|
| 614-992-2277<br>Fax: 614-927-5980<br>Email: jhilton@hiltonparker.com<br>*ATTORNEY TO BE NOTICED*<br><br>***Attorneys for Plaintiff*** | |
| **Alexandra B McLeod**<br>Wilson Elser<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89119<br>702-727-1399<br>Email: alexandra.mcleod@wilsonelser.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>***Attorney for N.W.H. Ltd.*** | |

By   */s/ Krystle Platero*
     An employee of O'HAGAN MEYER PLLC