# EXHIBIT 1

Declaration of Geoffrey Parker

MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:     (702) 776-3333
Facsimile:     (702) 505-9787
*E-Mail:*        service@the702firm.com

GEOFFREY C. PARKER, ESQ.
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone:     (614) 992-2277
Facsimile:     (614) 927-5980
*E-Mail:*        gparker@hiltonparker.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SARAH C., pseudonymously,<br><br>　　Plaintiff,<br>vs.<br><br>HILTON FRANCHISE HOLDING, LLC,<br><br>　　Defendants. | Case No. : 2:23-cv-2037-APG-DJA<br><br>Judge Andrew P. Gordon<br>Mag. Judge Daniel J. Albregts<br><br>**DECLARATION OF<br>GEOFFREY C. PARKER** |

I, Geoffrey C. Parker, swear:

　　1.　I am over the age of eighteen and am co-counsel for Plaintiff in the above-captioned action.

　　2.　My statements in this declaration are based on personal knowledge. If called upon to testify to these facts, I would competently do so.

　　3.　Attached hereto as Exhibit 3 is a true and correct copy of an email chain between Plaintiff's counsel and Defendants' counsel in the instant action.

　　4.　Attached hereto as Exhibit 4 is a true and correct copy of another branch of the same email chain between Plaintiff's counsel and Defendants' counsel in the instant action.

　　5.　Attached hereto as Exhibit 5 is a true and correct copy of a redline of Plaintiff's proposed Stipulated Protective Order provided by Hilton Franchise Holding, LLC and N.W.H. Ltd.

6. As shown in the emails attached as Exhibit 3, on November 15, 2024, I transmitted a proposed Stipulated Protective Order to be entered in this matter to counsel for all Defendants who have appeared in this action.

7. On or about January 6, 2025, counsel for Hilton informed me—I believe by telephone—that Defendants could not agree on edits to Plaintiff's proposed protective order.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 7th day of February 2025.

*/s/ Geoffrey C. Parker*
Geoffrey C. Parker
Nevada Bar No. 16952

3