# EXHIBIT 3
Email Chain Branch 1

Geoffrey Parker <gparker@hiltonparker.com>

## Sarah C. v. Hilton Franchise Holding LLC et al., No. 2:23-cv-2037 (D. Nev.) - Proposed Protective Order

**Geoffrey Parker** <gparker@hiltonparker.com>  Fri, Dec 6, 2024 at 3:21 PM
To: "McQueen, Allison L." <amcqueen@jonesday.com>
Cc: Mike Kane <Mike@the702firm.com>, Jonathan Hilton <jhilton@hiltonparker.com>, "Perry, Nicole M." <nmperry@jonesday.com>

Allison,

Thanks for the update, sounds like a plan. End of next week still gives us plenty of time before discovery starts and we really need it in place. Looking forward to finally being able to give y'all the names (and hopefully hear how many times Mohammad A. checked in with his real identity).

Best,

Geoffrey C. Parker, Esq.
**Partner | Hilton Parker LLC**
Tel: (614) 992-2277
Fax: (614) 927-5980
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
www.hiltonparker.com


On Fri, Dec 6, 2024 at 2:55 PM McQueen, Allison L. <amcqueen@jonesday.com> wrote:

> Hi Geoffrey,
>
>
> Wanted to provide an update—we're coordinating a call next week with our co-defendants to discuss our minor edits to the Protective Order. Assuming they don't have any significant edits, we should be able to get back to you no later than the end of next week.
>
>
> Best,
>
> Ally
>
>
> Allison (Ally) McQueen
> Associate
> **JONES DAY® - One Firm Worldwide**[SM]
> 110 North Wacker Drive
> Chicago, IL 60606
> Office +1.312.269.1541
>
> amcqueen@jonesday.com
>
>
> **From:** McQueen, Allison L.
> **Sent:** Monday, December 2, 2024 10:59 AM
> **To:** Geoffrey Parker <gparker@hiltonparker.com>; Perry, Nicole M. <nmperry@JonesDay.com>; pbyrne@swlaw.com; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; Jennifer Braster <jbraster@nblawnv.com>; Marcus Lee

2/7/25, 6:20 PM                Hilton Parker LLC Mail - Sarah C. v. Hilton Franchisee Holding LLC et al., No. 2:23-cv-2037 (D. Nev.) - Proposed Protective Order

Case 2:23-cv-02037-APG-DJA    Document 81-3    Filed 02/07/25    Page 3 of 4

<mlee@ohaganmeyer.com>; Whitney Selert <wselert@ohaganmeyer.com>
**Cc:** Mike Kane <Mike@the702firm.com>; Jonathan Hilton <jhilton@hiltonparker.com>
**Subject:** RE: Sarah C. v. Hilton Franchise Holding LLC et al., No. 2:23-cv-2037 (D. Nev.) - Proposed Protective Order

Hi Geoffrey,

Apologies for the delay in following up on this. The Hilton team is working on reviewing the most recent version. We'll be in touch once we have had a chance to discuss and further revisions we'd propose with our co-defendants.

Best,

Ally

Allison (Ally) McQueen
Associate
**JONES DAY® - One Firm Worldwide℠**
110 North Wacker Drive
Chicago, IL 60606
Office +1.312.269.1541

amcqueen@jonesday.com

---

**From:** Geoffrey Parker <gparker@hiltonparker.com>
**Sent:** Monday, December 2, 2024 10:55 AM
**To:** Perry, Nicole M. <nmperry@jonesday.com>; pbyrne@swlaw.com; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; McQueen, Allison L. <amcqueen@jonesday.com>; Jennifer Braster <jbraster@nblawnv.com>; Marcus Lee <mlee@ohaganmeyer.com>; Whitney Selert <wselert@ohaganmeyer.com>
**Cc:** Mike Kane <Mike@the702firm.com>; Jonathan Hilton <jhilton@hiltonparker.com>
**Subject:** Re: Sarah C. v. Hilton Franchise Holding LLC et al., No. 2:23-cv-2037 (D. Nev.) - Proposed Protective Order

All,

Just following up on this. Please let me know if you have edits, or if anyone wants to do a call.

Best,

Geoffrey C. Parker, Esq.
**Partner | Hilton Parker LLC**
Tel: (614) 992-2277
Fax: (614) 927-5980
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
www.hiltonparker.com

On Fri, Nov 15, 2024 at 5:22 PM Geoffrey Parker <gparker@hiltonparker.com> wrote:

2/7/25, 6:20 PM     Hilton Parker LLC Mail - Bazan D. v. Hilton Franchisee Holding LLC et al., No. 2:22-cv-2025 (D. Nev.), Proposed Protective Order

Case 2:23-cv-02037-APG-DJA    Document 81-3    Filed 02/07/25    Page 4 of 4

Counsel,

Apologies for the delay on this. Attached is a proposed draft of a protective order for the above-captioned case that I believe takes into account all of the issues that we (or at least most of us) discussed on the planning call a few months back.

If everyone's okay with it as-is, then excellent. If not, then Plaintiff proposes we set a call about it for sometime next week. Plaintiff's counsel can make any time this coming week work, so if you're emailing to note your client's objections, please also include your availability for a call next week.

As soon as we get a protective order settled, we'll immediately disclose the true identities of Sarah C. and Mohammad A.

Best,

Geoffrey C. Parker, Esq.
**Partner | Hilton Parker LLC**
Tel: (614) 992-2277
Fax: (614) 927-5980
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
www.hiltonparker.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***