# EXHIBIT 4

Email Chain Branch 2

2/7/25, 6:17 PM Hilton Parker LLC Mail - Sarah C. v. Hilton Franchise Holding LLC et al., No. 2:23-cv-2037 (D. Nev.) - Proposed Protective Order

Case 2:23-cv-02037-APG-DJA Document 81-4 Filed 02/07/25 Page 2 of 3

Geoffrey Parker <gparker@hiltonparker.com>

## Sarah C. v. Hilton Franchise Holding LLC et al., No. 2:23-cv-2037 (D. Nev.) - Proposed Protective Order

**McQueen, Allison L.** <amcqueen@jonesday.com>   Tue, Feb 4, 2025 at 6:48 PM
To: Geoffrey Parker <gparker@hiltonparker.com>, "Perry, Nicole M." <nmperry@jonesday.com>, "pbyrne@swlaw.com" <pbyrne@swlaw.com>, "Biesenthal, Bethany K." <bbiesenthal@jonesday.com>, Jennifer Braster <jbraster@nblawnv.com>, Marcus Lee <mlee@ohaganmeyer.com>, Laura Rios <lrios@ohaganmeyer.com>, Whitney Selert <wselert@ohaganmeyer.com>
Cc: Mike Kane <Mike@the702firm.com>, Jonathan Hilton <jhilton@hiltonparker.com>

Hi Geoff,

A revised draft of the protective order incorporating edits is attached. Our co-defendants may have additional edits, but this will hopefully give you a sense of what Hilton and SSJV believe would be appropriate in this case. In short, (1) Defendants do not agree to protections for Mohammed A. and (2) as the traffickers are named parties in this case, we don't believe any notice requirements are necessary here (as they are entitled to Plaintiff's identity in that capacity).

Best,

Ally

Allison (Ally) McQueen
Associate
JONES DAY® - One Firm Worldwide℠
110 North Wacker Drive
Chicago, IL 60606
Office +1.312.269.1541 📞

amcqueen@jonesday.com

---

**From:** Geoffrey Parker <gparker@hiltonparker.com>
**Sent:** Monday, February 3, 2025 2:02 PM
**To:** Perry, Nicole M. <nmperry@jonesday.com>; pbyrne@swlaw.com; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; McQueen, Allison L. <amcqueen@jonesday.com>; Jennifer Braster <jbraster@nblawnv.com>; Marcus Lee <mlee@ohaganmeyer.com>; Laura Rios <lrios@ohaganmeyer.com>; Whitney Selert <wselert@ohaganmeyer.com>
**Cc:** Mike Kane <Mike@the702firm.com>; Jonathan Hilton <jhilton@hiltonparker.com>
**Subject:** Re: Sarah C. v. Hilton Franchise Holding LLC et al., No. 2:23-cv-2037 (D. Nev.) - Proposed Protective Order

Counsel,

2/7/25, 6:17 PM Hilton Parker LLC Mail - Sarah C. v. Hilton Franchisee Holding, LLC et al., No. 2:23-cv-2037 (D. Nev.) - Proposed Protective Order

Case 2:23-cv-02037-APG-DJA   Document 81-4   Filed 02/07/25   Page 3 of 3

Plaintiff's deadline to move for a protective order is coming up, and I wanted to quickly make sure that I understand the necessary scope of that motion. Is there any part of the draft protective order (previously circulated above) that Defendants don't object to?

If Defendants' objections are limited to the language regarding Mohammad A. (or to the language regarding Mohammad A. plus the notice requirement before contacting traffickers) then we can narrow the issues before the Court considerably.

Thanks,

Geoffrey C. Parker, Esq.
**Partner | Hilton Parker LLC**
Tel: (614) 992-2277
Fax: (614) 927-5980
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
www.hiltonparker.com

On Fri, Nov 15, 2024 at 5:22 PM Geoffrey Parker <gparker@hiltonparker.com> wrote:

> Counsel,
>
> Apologies for the delay on this. Attached is a proposed draft of a protective order for the above-captioned case that I believe takes into account all of the issues that we (or at least most of us) discussed on the planning call a few months back.
>
> If everyone's okay with it as-is, then excellent. If not, then Plaintiff proposes we set a call about it for sometime next week. Plaintiff's counsel can make any time this coming week work, so if you're emailing to note your client's objections, please also include your availability for a call next week.
>
> As soon as we get a protective order settled, we'll immediately disclose the true identities of Sarah C. and Mohammad A.
>
> Best,
>
> Geoffrey C. Parker, Esq.
> **Partner | Hilton Parker LLC**
> Tel: (614) 992-2277
> Fax: (614) 927-5980
> 7658 Slate Ridge Blvd.
> Reynoldsburg, OH 43068
> www.hiltonparker.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***


**2025.02.04 - Sarah C. v. Hilton, et al. - Protective Order - Defense Edits.doc**
83K