MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:    (702) 776-3333
Facsimile:    (702) 505-9787
*E-Mail:*    service@the702firm.com

GEOFFREY C. PARKER, ESQ.
Nevada Bar No. 16952
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone:    (614) 992-2277
Facsimile:    (614) 927-5980
*E-Mail:*    gparker@hiltonparker.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SARAH C., pseudonymously,<br><br>    Plaintiff,<br>vs.<br><br>HILTON FRANCHISE HOLDING LLC, et al.,<br><br>    Defendants. | Case No. : 2:23-cv-2037-APG-DJA<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)** |

Plaintiff SARAH C., by and through her counsel of record, Defendants HILTON FRANCHISE HOLDING LLC, SSJV HOSPITALITY LLC, and N.W.H. LTD., by and through their counsel of record, (collectively, the "Parties") hereby stipulate and agree to dismiss Plaintiff's claims against each Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(ii) as follows:

    Against N.W.H. Ltd., with prejudice; and

    Against Hilton Franchise Holding LLC and SSJV Hospitality LLC, without prejudice.

//

//

//

//

**IT IS SO STIPULATED.**

DATED this 22nd day of October, 2025.

| /s/ Geoffrey Parker<br>Geoffrey Parker, Esq.<br>HILTON PARKER LLC<br>7658 Slate Ridge Blvd.<br>Reynoldsburg, OH 43068<br>gparker@hiltonparker.com<br><br>*For Plaintiff Sarah C.* | /s/ Nicole M. Perry<br>Nicole M. Perry, Esq. (*Pro Hac Vice*)<br>JONES DAY<br>717 Texas St., Suite 3300<br>Houston, TX 77002<br>nmperry@jonesday.com<br><br>Bethany K. Biesenthal, Esq. *(Pro Hac Vice)*<br>bbiesenthal@jonesday.com<br>Allison L. McQueen, Esq. *(Pro Hac Vice)*<br>amcqueen@jonesday.com<br>JONES DAY<br><br>Jennifer L. Braster, Esq.<br>NAYLOR & BRASTER<br>Nevada Bar No. 9982<br>10100 W. Charleston Blvd., Suite 120<br>Las Vegas, NV 89135<br>jbraster@nblawnv.com<br><br>*For Defendant Hilton Franchise Holding LLC* |
|---|---|
| /s/ Alexandra B. McLeod<br>Alexandra B. McLeod<br>WILSON ELSER<br>6689 Las Vegas Blvd. South<br>Suite 200<br>Las Vegas, NV 89119<br>alexandra.mcleod@wilsonelser.com<br><br>*For N.W.H. Ltd.* | /s Whitney Selert<br>Marcus Lee, Esq.<br>mlee@ohaganmeyer.com<br>Whitney Selert, Esq.<br>wselert@ohaganmeyer.com<br>Jorge Padilla, Esq.<br>jpadilla@ohaganmeyr.com<br>O'HAGEN MEYER PLLC<br>300 S. 4th Street Suite 1250<br>Las Vegas, NV 89010<br><br>*For SSJV Hospitality LLC* |

## ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

**IT IS SO ORDERED.**

Dated this 22nd day of October, 2025.

_____
United States District Judge