**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

S.C.,

Plaintiff

v.

HILTON FRANCHISE HOLDING LLC, et al.,

Defendants

Case No.: 2:23-cv-02037-APG-DJA

**Order for Status Report**

I ORDER the plaintiff to file a status report regarding what, if anything, remains of this case and how she intends to proceed against any remaining defendants. Failure to respond to this order by August 7, 2026 will result in all remaining defendants being dismissed without prejudice and the case closed.

DATED this 14th day of July, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE