**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

S.C.,

Plaintiff

v.

HILTON FRANCHISE HOLDING LLC, et al.,

Defendants

Case No.: 2:23-cv-02037-APG-DJA

**Order (1) Granting Motion to Withdraw and (2) Dismissing Remaining Claims**

I previously ordered the plaintiff to file a status report regarding what, if anything, remains of this case and how she intends to proceed against any remaining defendants. ECF No. 107. I advised the plaintiff that failure to respond by August 7, 2026 would result in all remaining defendants being dismissed without prejudice and the case closed. *Id.*

The plaintiff's counsel responded by moving to withdraw. ECF No. 108. In the motion to withdraw, counsel indicates that the plaintiff "gave her informed consent to the dismissal of her claims." *Id.* at 2. The plaintiff has not personally responded to my status report or to her attorneys' motion to withdraw.

I THEREFORE ORDER that the motion to withdraw as counsel for plaintiff S.C. **(ECF No. 108) is GRANTED**. Counsel must send a copy of this order to S.C. at her last known mailing and email addresses.

I FURTHER ORDER that plaintiff S.C.'s claims against any remaining defendant are dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 30th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE